Evan T. Barr
212 506 3918 direct
212 506 3950 fax
ebarr@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**Steptoe**
STEPTOE & JOHNSON LLP

MEMO ENDORSED

MEMO ENDORSED

December 10, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2013

**Via ECF and Hand Delivery**
The Honorable Naomi Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street.
New York, NY 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
DEC 1 1 2013
UNITED STATES COURT JUDGE

Re:   *United States v. Luis Morales 11-CR-674 (NRB)*

Dear Judge Buchwald:

This firm represents Luis Morales pursuant to Criminal Justice Act appointment in the above-captioned matter.

On June 27, 2013, Mr. Morales was sentenced to three years of supervised release. Pursuant to the terms of his sentencing, Mr. Morales is not permitted to leave the judicial district without the permission of the Court or his Probation Officer.

We write to respectfully request that Mr. Morales' travel restrictions be temporarily modified so that he can travel to Playa del Carmen, Quintana Roo, Mexico to visit with family from January 4 to January 14, 2014. It is my understanding that Mr. Morales' Probation Officer, Clare Kennedy, and AUSA Jonathan Cohen consent to this request.

Thank you in advance for your continued courtesies in this matter.

Respectfully submitted,

Evan T. Barr

Application Denied.
Naomi Reice Buchwald, USDJ
12/12/13

MEMO ENDORSED

cc:   A.U.S.A. Jonathan Cohen
      (via electronic mail)
      Clare Kennedy
      (via electronic mail)